**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA COBLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARK DEROSIA, et. al,<br><br>　　　　　Defendants. | CASE NO. 1:10-cv-00259 AWI JLT<br><br>ORDER VACATING CONTINUING MID-DISCOVERY STATUS CONFERENCE;<br>ORDER REQUIRING PARTIES TO FILE STATUS REPORTS<br><br>(Doc. 18) |

　　　　At the time of the mid-discovery status conference held on November 8, 2010, Plaintiff's attorney, Mr. Rumpf, reported that it had been discovered that Plaintiff had declared bankruptcy but that this litigation was not listed as an asset of the estate. Mr. Rumpf reported further that he was in the process of learning the ramifications of this failure from Plaintiff's bankruptcy attorney.

　　　　Now the parties have reported that Plaintiff's bankruptcy action was discharged in May 2009 but that Plaintiff's bankruptcy attorney would be taking steps to determine whether that action could be reopened in order to address this litigation as an asset retained by Plaintiff. (Doc. 18) Defendants have indicated that they will seek dismissal of this action due to Plaintiff's failure to retain "ownership" of the litigation in the bankruptcy proceeding. Id.

　　　　Based upon the foregoing, the Court **ORDERS**,

　　　　1.　　The mid-discovery status conference scheduled for December 8, 2010 is continued to

        February 9, 2011 at 8:30 a.m. at 1200 Truxtun Avenue, Suite 120, Bakersfield, CA. Telephonic appearances are permitted <u>if the parties notify the Court</u>, by sending an e-mail to [jltorders@caed.uscourts.gov](mailto:jltorders@caed.uscourts.gov) one week before the hearing that they will appear by telephone. The parties are **ORDERED** to file a joint, mid-discovery status report at least one week in advance of the hearing;

2. No later than January 4, 2011, the parties are **ORDERED** to file a report outlining the status of the bankruptcy proceeding and the parties' positions relative to it.

3. The parties are **ORDERED** to file a status report <u>whenever</u> it appears that a stay of this action is needed or if it is determined that Plaintiff cannot proceed in this litigation.

IT IS SO ORDERED.

Dated:   **December 2, 2010**　　　　　　　　　　　　　　／s/ **Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE