# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA COBLE,<br><br>    Plaintiff,<br><br>  v.<br><br>MARK DEROSIA, et al.,<br><br>    Defendants. | 1:10-CV-00259 AWI JLT<br><br>ORDER DENYING DEFENDANTS' MOTION TO DISMISS AND VACATING FEBRUARY 28, 2011 HEARING DATE<br><br>[Doc. #21] |

Currently pending before this Court is Defendants' motion to dismiss Plaintiff's original complaint. (Doc. 21.) This motion is set for hearing on February 28, 2011, at 1:30 p.m. in Courtroom 2. On February 8, 2011, the Magistrate Judge granted Plaintiff's motion to amend the original complaint. (Doc. 24.) Plaintiff filed a First Amended Complaint on February 14, 2011. (Doc. 32.)

In light of Plaintiff filing a First Amended Complaint, Defendants' motion to dismiss Plaintiff's original complaint is DENIED as moot. IT IS HEREBY ORDERED that the previously set hearing date of February 28, 2011, is VACATED, and the parties shall not appear at that time.

IT IS SO ORDERED.

Dated: February 15, 2011

CHIEF UNITED STATES DISTRICT JUDGE