IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LISA COBLE, et al., | ) | 1:10-CV-00259 AWI JLT |
| | ) | |
| Plaintiffs, | ) | ORDER VACATING MAY 2, |
| v. | ) | 2011 HEARING DATE |
| | ) | |
| MARK DEROSIA, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Currently pending before the Court is Defendants' motion to dismiss. This motion is set for hearing on May 2, 2011, at 1:30 p.m. in Courtroom 2. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(g). Therefore, IT IS HEREBY ORDERED that the previously set hearing date of May 2, 2011, is VACATED, and the parties shall not appear at that time. As of May 2, 2011, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 27, 2011

CHIEF UNITED STATES DISTRICT JUDGE